UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

KENDRICK D. HARRIS                                  PLAINTIFF

V.                                                  CIVIL ACTION NO.: 2:09-CV-139-A-S

BILLY TODD HOMES, INC.,                             DEFENDANTS
TIMOTHY D. FELIX,
GOSSETT'S BODY SHOP, INC.

ORDER CONFIRMING DATE TO ANSWER

Before this Court is the Defendant's unopposed Motion to confirm that an Answer to the

Amended Complaint is due on or before October 9, 2009 .The Court, being of the opinion that

the motion for Confirming the Answer date should be granted,

HEREBY ORDERS that the Motion is granted, and the deadline for the Defendant to

Answer the Amended complaint is extended to October 9, 2009.

SO ORDERED, this the 28th day of September 2009.


                                        /s/ David A. Sanders
                                        UNITED STATES MAGISTRATE JUDGE